**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

SHORAI MOORE,

Defendant.

26-CR-172 (RMB)

**ORDER**

Defendant Shorai Moore, through his attorney Noam Biale, Esq., has made an *ex parte* application dated May 15, 2026 for an order authorizing the appointment of Michael Bass, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A.

The application states that Mr. Bass "will be needed to research legal issues, review discovery, obtain and review relevant records, and draft motion and mitigation paper, if necessary." App. at 1 (dated May 15, 2026). The defense states that "Mr. Bass would be a valuable resource and enable [counsel] to represent Mr. Moore in an efficient and cost-effective manner." *Id.* The addition of Mr. Bass will be cost effective as he will relieve defense counsel "from performing tasks that would be more expensive due to [his] higher billing rate." *Id.*

The defendant's application for Michael Bass, Esq. to be appointed *nunc pro tunc* to May 7, 2026 to assist in the representation of Shorai Moore is granted. Michael Bass is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Date:   May 27, 2026
New York, New York

RMB

**RICHARD M. BERMAN, U.S.D.J.**