**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :         26 CR. 172 (RMB)
                                             :
          - against -                        :         **ORDER**
                                             :
                                             :
SHORAI MOORE,                                :
                                             :
                        Defendant.           :
-------------------------------------------------------------x


      The status conference scheduled for Tuesday, June 16, 2026 at 10:00 A.M. will take place in Courtroom 17B.


Dated: June 10, 2026
      New York, NY

                                            RICHARD M. BERMAN
                                              U.S.D.J.