**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

SHORAI MOORE,

Defendant.

26 Cr. 172 (RMB)

**ORDER**

Having reviewed, among other things, the parties' joint proposed pretrial schedule dated June 16, 2026, the Court orders the following pretrial deadlines:

**Deadlines**[1]

| | |
|---|---|
| July 17, 2026 | Pretrial motions. |
| July 24, 2026 | Opposition to pretrial motions. |
| July 31, 2026 | Reply, if any, to opposition. |
| August 7, 2026 | Motions *in limine*, requests to charge, and proposed voir dire. |
| August 14, 2026 | Responses to motions *in limine*. |
| September 2, 2026 | Final pretrial conference in courtroom 17B at 9:00 a.m. |

Date:   July 1, 2026
New York, New York

RMB
_____
**RICHARD M. BERMAN, U.S.D.J.**

---

[1] Any submissions to the Court that are made pursuant to these deadlines shall be made no later than 5:00 PM.

1