SHER TREMONTE LLP

July 30, 2026

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

**Re:** ***United States v. Shorai Moore***, 26 Cr. 172 (RMB)

Dear Judge Berman:

We represent defendant Shorai Moore in the above-referenced matter. We write respectfully in response to the Court's proposed pretrial and trial schedule dated July 28, 2026 (ECF No. 29), which adjourns the trial date from September 28, 2026 to February 8, 2027.

Mr. Moore is currently detained pending trial and wishes to have a speedy trial. Counsel has conferred with the government, which shares Mr. Moore's preference to try this case in 2026. Both parties agree that, while the case must be resolved by trial, the factual issues are straightforward and the parties anticipate a trial of approximately three to five days.

Accordingly, the parties respectfully request that the Court schedule trial on a date during the period between November 9, 2026 and December 4, 2026, when both parties are available. Counsel is, of course, available at the Court's convenience should the Court wish to discuss scheduling.

We appreciate the Court's consideration.

Application respectfully denied. The Court's docket does not permit it.

SO ORDERED:
Date: 7/31/2026
Richard M. Berman
Richard M. Berman, U.S.D.J.

Respectfully submitted,

SHER TREMONTE LLP

/s/*Noam Biale*
Noam Biale
Michael Bass

*Attorneys for Shorai Moore*