SHER TREMONTE LLP

August 10, 2026

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

**Re:** ***United States v. Shorai Moore***, 26 Cr. 172 (RMB)

Dear Judge Berman:

We represent defendant Shorai Moore in the above-referenced matter. We write respectfully in response to the Court's denial of the parties' joint request that trial be scheduled during the period between November 9, 2026 and December 4, 2026. The Court has set trial in this matter for February 8, 2027. *See* ECF No. 29. Unfortunately, undersigned counsel has a trial in *United States v. Zambrano-Pacheco*, No. 25-cr-76, before Judge Vyskocil that is also scheduled to begin on February 8, 2027. That trial, which was scheduled several months ago, is in a multi-defendant case in which all the defendants are detained and is expected to last three weeks. Accordingly, the undersigned would not be available to try this case until late March 2027.

As Your Honor knows, Mr. Moore is currently detained at the Metropolitan Detention Center awaiting trial and is eager to challenge the government's proof on a speedy basis. As the parties noted in their previous letter, the trial in this case is expected to be short because the factual issues are straightforward. We appreciate that the Court's calendar does not permit it to conduct a trial in November or December, when the parties wish to do so. Because Mr. Moore is detained, however, and in light of the relative simplicity of the issues for trial, we most respectfully request that the Court consider reassigning this case to another judge in this District so that Mr. Moore's trial may proceed in 2026.

In the alternative, if the Court prefers to retain this matter, the parties respectfully request that the Court reconsider the trial schedule and set trial on a date during the period between November 9, 2026 and December 4, 2026. Counsel is, of course, available at the Court's convenience should the Court wish to discuss scheduling. Should the Court decline to advance the trial date, we anticipate making a bail application and request that the Court hold a bail hearing on or about September 24, 2026, which is when Mr. Moore will max out on the sentence he is currently serving in his prior federal case.

We have conferred with the government, which joined our previous request to set trial between November 9 and December 4, 2026. In light of Mr. Moore's detained status

and request for a speedy trial, the government does not object to reassignment of this case but defers to the Court's discretion.

We appreciate the Court's consideration.

Respectfully submitted,

SHER TREMONTE LLP

/s/*Noam Biale*
Noam Biale
Michael Bass

*Attorneys for Shorai Moore*

cc: All counsel of record (by ECF)

Application Granted

SO ORDERED:
Date: 8/12/26 Richard M. Berman
Richard M. Berman, U.S.D.J.