UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>-against-<br>SHORAI MOORE,<br>Defendant. | 26-CR-172 (VEC)<br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS this matter was reassigned to the undersigned on August 12, 2026.

IT IS HEREBY ORDERED that the Parties must appear for a status conference on **Tuesday, August 18, 2026, at 11:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: August 13, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**