UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

-against-

SHORAI MOORE,

Defendant.

-------------------------------------------------------------- X

26-CR-172 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a Superseding Indictment was filed on July 22, 2026, *see* Dkt. 26;

WHEREAS Defendant filed a Motion to Dismiss Count Two of the Superseding Indictment, *see* Dkt. 35;

WHEREAS on August 18, 2026, the Defendant was arraigned on the Superseding Indictment dated July 22, 2026, and pled not guilty, *see* Dkt. 37; and

WHEREAS on August 31, 2026, a Second Superseding Indictment was filed, *see* Dkt. 41.

IT IS HEREBY ORDERED that the Motion to Dismiss Count Two of the Superseding Indictment dated July 22, 2026, *see* Dkt. 35, is DISMISSED AS MOOT.

IT IS FURTHER ORDERED that the Parties must confer regarding their availability and coordinate to appear for an arraignment on the Second Superseding Indictment dated August 31, 2026, before the Magistrate Judge on duty not later than **Friday, September 18, 2026**.

IT IS FURTHER ORDERED that any renewed Motion to Dismiss with respect to the Second Superseding Indictment dated August 31, 2026, must be filed not later than **Friday,**

**September 18, 2026**. Any opposition to such Motion is due on **Friday, October 2, 2026**. A reply in support of the Motion, if any, is due on **Friday, October 9, 2026**.

**SO ORDERED.**

**Date: September 3, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**