SHER TREMONTE LLP

September 30, 2026

**BY ECF**

MEMO ENDORSED

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2026

**Re:** ***United States v. Shorai Moore***, 26 Cr. 172 (VEC)

Dear Judge Caproni:

We represent defendant Shorai Moore in the above-referenced matter. We write respectfully to request a brief adjournment of the deadline for the parties to submit their motions *in limine*. The parties' motions *in limine* are currently due on October 9, 2026 and responses to the motions are due two weeks later on October 23, 2026.

We make this request for two reasons: *First*, both of Mr. Moore's attorneys will be away on previously scheduled vacations during a significant portion of the period between October 7, 2026 through October 18, 2026. Although the defense is working diligently on its submissions, we require additional time to discuss and review proposed motions *in limine* with Mr. Moore, among other things. *Second*, briefing will be completed on our motion to dismiss Count Two of the Second Superseding Indictment on October 9 and the Court's decision on that motion will likely impact significantly the issues the defense plans to raise in its motions *in limine*.

Accordingly, we respectfully request that the Court extend the Parties' deadline to submit motions *in limine* to October 23, 2026 with responses due one week later, on October 30, 2026. We also request a brief adjournment of the deadline for proposed voir dire and requests to charge, currently due October 30, 2026, to November 4, 2026. The requested extensions do not affect the November 12, 2026 final pretrial conference or the November 16, 2026 trial date.

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156

This is Mr. Moore's first request to adjourn these deadlines. We have conferred with the government, and it consents to this request. We appreciate Your Honor's consideration.

Respectfully submitted,

SHER TREMONTE LLP

/s/*Noam Biale*
Noam Biale
Michael Bass

*Attorneys for Shorai Moore*

cc: All counsel of record (by ECF)

Application GRANTED.

SO ORDERED.



HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE