**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

SHORAI MOORE,

Defendant.

26-CR-172 (VEC)

~~[PROPOSED]~~

**MDC CLOTHING ORDER**

To: METROPOLITAN DETENTION CENTER, BROOKLYN, NEW YORK

WHEREAS, Shorai Moore is an incarcerated individual at the Metropolitan Detention Center, Brooklyn, New York ("MDC") under Register Number 56407-510; and

WHEREAS, trial in this matter is scheduled to commence on November 16, 2026 and to continue for approximately one week; and

WHEREFORE, Mr. Moore requires two sets of court clothes for trial, to be furnished by his attorney.

IT IS THEREFORE ORDERED that Mr. Moore be permitted to receive up to two sets of suitable trial clothes at MDC prior to November 16, 2026 and to maintain such clothes during the full pendency of the trial

SO ORDERED.

Dated: October 30, 2026
New York, New York

Valerie Caproni

Hon. Valerie E. Caproni
United States District Judge

Entered on the docket November _2_, 2026