UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>SHORAI MOORE,<br><br>Defendant. | 26-CR-172 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS the Parties are scheduled to appear before the Undersigned for a final pretrial conference on November 12, 2026.

IT IS HEREBY ORDERED that the Parties are asked to be prepared to discuss the issue of jury unanimity on the first element of the charge under 18 U.S.C. § 249(a)(2) at the scheduled conference.

**SO ORDERED.**

**Date: November 9, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**