UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SHORAI MOORE,

Defendant.

----------------------------------------------------------------X

26-CR-172 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 19, 2026, the jury returned a verdict finding Defendant not guilty of a hate crime and guilty of escape from custody.

IT IS HEREBY ORDERED that, not later than **Wednesday, December 2, 2026**, the Parties must meet and confer and propose a joint briefing schedule for any post-trial motions.

IT IS FURTHER ORDERED that Defendant must appear for sentencing on **Wednesday, March 10, 2027, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Pre-sentencing submissions must be filed not later than **Wednesday, February 24, 2027**.

**SO ORDERED.**

**Date: November 19, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**